```
                    FILED
          CLERK, U.S.D.C. SOUTHERN DIVISION

                  SEP 2 9 2010

          CENTRAL DISTRICT OF CALIFORNIA
          BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | SA10-356 M |
| v. | |
| Hakobyan, Sargis | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of _____def_____, IT IS ORDERED that a detention hearing is set for __Thursday, Sept 30__, __2010__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N. Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __9/29/10__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge